UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GOVANGO, INC., AND <br> BARRY VAN GERBIG, JR. | * <br> * <br> * | CIVIL ACTION NO. 11-1600 <br> <br> SECTION:  R-4 |
| VERSUS | * <br> * | <br> JUDGE: SARAH S. VANCE |
| MALABAR BAY, LLC, <br> AND JAYE'S | * <br> * <br> * | <br> MAG:  KAREN W. ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OBJECTION TO EXTENSION OF TIME TO PLEAD**

**MAY IT PLEASE THE COURT:**

Plaintiffs GoVanGo, Inc., and, Barry Van Gerbig, Jr., hereby object to any attempt by any Defendant in this matter to extend the time within which to plead.  This matter was filed on July 8, 2011, and Plaintiffs sent to Defendants the Notice of Lawsuit and Request for Waiver forms, which were ignored.  Plaintiffs were therefore required to obtain service through the U.S. Marshal's Service, which inflicted unnecessary costs and undue delay on these proceedings.

As a result, pursuant to Local Rule 7.8, Plaintiff objects to any further delay that the Defendants may seek to inflict on this proceeding.

Respectfully submitted,

Edward Robert McGowan, L.L.C.

By: /s/ Edward Robert McGowan
Edward Robert McGowan, T.A. (# 26415)
650 Poydras Street
Suite 2105
New Orleans, LA 70130
(t): (504) 858-5280
(f): (866) 908-1882
(e): edwardmcgowanlaw@mac.com

Attorney for Plaintiffs GoVanGo, Inc., and, Barry Van Gerbig, Jr.

## CERTIFICATE OF SERVICE

I do hereby certify that on November 9, 2011, I electronically transmitted the forgoing document to the Clerk's Office using the CM/ECF system for filing which will send a notice of electronic filing to all CM/ECF registrants.

/s/ Edward Robert McGowan
Edward Robert McGowan